Certificate Number: 06531-PAM-DE-040535429

Bankruptcy Case Number: 26-00140


06531-PAM-DE-040535429

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2026, at 10:37 o'clock PM CST, Emily R Putt completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 21, 2026

By: /s/Deyanira Reyes

Name: Deyanira Reyes

Title: Certified Credit Counselor