United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Emily Renee Putt
    Debtor

Case No. 26-00140-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 3

Date Rcvd: Feb 26, 2026            Form ID: ntcnfhrg            Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily Renee Putt, 205 1/2 5th St, New Cumberland, PA 17070-1911 |
| 5774394 | + | Cathy Putt, 312 Spring Lane, Enola, PA 17025-2165 |
| 5774395 | + | Earnin Payday Loan, 200 Portage Avenue, Palo Alto, CA 94306-2242 |
| 5774400 | + | Jordan Myers, 254 N 5th Street, Newport, PA 17074-1207 |
| 5774401 | | KLARNA, 628 N HIGH STREET, 3RD FL, Columbus, OH 43215 |
| 5774415 | + | Zip, PO Box 1201, Farmington, MO 63640-4128 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5774392 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 26 2026 18:44:00 | ALLY FINANCIAL, INC, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, IL 55438-0901 |
| 5774391 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 26 2026 18:53:13 | Affirm HQ, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5774663 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 18:42:47 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5775741 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 26 2026 18:42:49 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5774393 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Feb 26 2026 18:45:00 | Cash App, 1955 Broadway Ste 600, Oakland, CA 94612-2205 |
| 5774398 | | Email/Text: operationsclerk@easypayfinance.com | Feb 26 2026 18:44:00 | EZ Pay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 5774396 | ^ | MEBN | Feb 26 2026 18:41:10 | Empower Finance, 650 California Street, San Francisco, CA 94108-2702 |
| 5774399 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 26 2026 18:45:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTEKK, MN 56377-4500 |
| 5774402 | + | Email/Text: inchargehq@westcreekfin.com | Feb 26 2026 18:45:00 | Koalafi, PO Box 5518, Glen Allen, VA 23058-5518 |
| 5774403 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 18:53:23 | LVNV FUNDING LLC/RESURGENT CAPITAL SERVI, RESURGENT CORRESPONDENCE, ATTN: BANKRUPT, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5776195 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 18:53:23 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | Bypass | Notice type/date | Name and Address |
|---|---|---|---|
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5782521 | ^ MEBN | Feb 26 2026 18:40:47 | Lakeview Loan Servicing LLC, c/o M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5774404 | Email/Text: camanagement@mtb.com | Feb 26 2026 18:45:00 | M & T BANK, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 5774405 | Email/Text: EBN@Mohela.com | Feb 26 2026 18:44:00 | MOHELA/DOFED, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 5782644 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2026 18:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5774406 | + Email/Text: opportunitynotices@gmail.com | Feb 26 2026 18:45:00 | OPPLOANS, ATTN: BANKRUPTCY, P.O. BOX 5040, FREDERICKSBURG, VA 22403-0640 |
| 5774407 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 18:43:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 5782000 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 18:43:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5774408 | + Email/Text: ecfbankruptcy@progleasing.com | Feb 26 2026 18:45:00 | Progressive Leasing, 256 Data Drive, Draper, UT 84020-2315 |
| 5774409 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 18:42:37 | SYNCB/OLD NAVY, ATTN: BANKRUPTCY, PO BOX 96506, ORLANDO, FL 32896-0001 |
| 5774410 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2026 18:42:37 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5774411 | + Email/Text: bncmail@w-legal.com | Feb 26 2026 18:45:00 | TARGET NB, CO FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5774412 | + Email/Text: operations@tilt.com | Feb 26 2026 18:45:00 | TILT, ATTN: BANKRUPTCY, 9169 W STATE ST., PMB 499, GARDEN CITY, ID 83714-1733 |
| 5774413 | + Email/Text: UpStart@ebn.phinsolutions.com | Feb 26 2026 18:45:00 | UPST/WSFS, ATTN: BANKRUPTCY, P.O. BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5774414 | + Email/Text: documentfiling@lciinc.com | Feb 26 2026 18:44:00 | Xfinity, 1701 JFK Blvd #300, Philadelphia, PA 19103-2854 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5774397 | ##+ | EVOLVE BANK & TRUST, 200 PORTAGE AVENUE, PALO ALTO, CA 94306-2242 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Jack N Zaharopoulos | |
| | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | |
| | on behalf of Debtor 1 Emily Renee Putt |
| | kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Matthew K. Fissel | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Emily Renee Putt,

**Debtor 1**

Chapter      13

Case No.      1:26−bk−00140−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 25, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 1, 2026<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 26, 2026 |

ntcnfhrg (08/21)