# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**           :    **CHAPTER 13**

**Emily Renee Putt**     :

      **Debtor(s)**       :    CASE NO. 26-00140

                      :

                      :

                      :

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS
If a joint petition is filed, each spouse must complete and file a separate certification.

I, Emily Renee Putt, upon oath or affirmation, hereby certify as follows:

1. That the information below is being supplied for compliance with the confirmation hearing date on 
   4/1/26

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

Dated: 3/9/2026               **/s/ Dorothy L. Mott, Kara K. Gendron**

                               Counsel for Debtor

Dated: 3/9/2026

                             Emily Renee Putt, Debtor